UNITED STATES of America; Office of Federal Housing, Enterprise Oversight, Petitioners—Appellees,

v.

Vaughn CLARKE, Respondent—Appellant.

No. 04–1210.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 3, 2004.

Decided Jan. 21, 2005.

Steven M. Salky, Zuckerman Spaeder L.L.P., Washington, DC, for Appellant. Peter D. Keisler, Assistant Attorney General, Mark Stern, Jeffrey A. Wadsworth, United States Department of Justice, Washington, DC, for Appellees.

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Vaughn Clarke appeals the district court's order granting the Government's petition for summary enforcement of an administrative subpoena and ordering Clarke to comply with the subpoena. We have reviewed the parties' submissions on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Clarke*, No. CA–03–3440–DKC (D.Md. Feb. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*